IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CONRAAD L. HOEVER,**

    **Plaintiff,**

v.                                           Case No. 4:14cv274-MW/CAS

**H. ANDREWS,**
**C. CHASON, and**
**P. GRICE,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND**
<u>**RECOMMENDATION**</u>

This Court has considered the Magistrate's Report and Recommendation. ECF No. 14. Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 13, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)." The Clerk shall note on the docket this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and the Clerk

1

shall close the file.

**SO ORDERED on January 20, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
