**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CONRAAD HOEVER,**

        **Plaintiff,**

v.                              **Case No. 4:14cv274-MW/CAS**

**H. ANDREWS, et al.,**

        **Defendants.**

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and

Recommendation, ECF No.14, and has also reviewed *de novo* Plaintiff's objections

to the report and recommendation, ECF No. 22.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** over Plaintiff's

objections as this Court's opinion. The Clerk shall enter judgment stating,

"Plaintiff's amended complaint, ECF No. 13, is **DISMISSED** for failure to state a

claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)."

1

The Clerk shall note on the docket this cause was dismissed pursuant to 28 U.S.C.

§ 1915(e)(2)(B)(ii).  The Clerk shall close the file.

**SO ORDERED on February 11, 2015.**

**s/Mark E. Walker**

**United States District Judge**
